**FILED**

March 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

CAROLINA MONTELONGO, §
§
Plaintiff, §
§
v. § NO. SA-25-CV-00057-OLG-RBF
§
FRANK BISIGNANO,[1] §
§
Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed January 20, 2026, concerning this social security appeal. (*See* R&R, Dkt. No. 18.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties, through counsel, were electronically served with a copy of the R&R on January 22, 2026, and the time to object has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

---

[1]Frank Bisignano was sworn in as Commissioner of the SSA on May 7, 2025, and is therefore substituted as defendant in this case pursuant to Rule 25. *See* FED. R. CIV. P. 25(d).

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 18) and, for the reasons set forth therein, this case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on March ____, 2026.

ORLANDO L. GARCIA
United States District Judge

2