**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CAROLINA MONTELONGO,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-25-CV-57-OLG** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed August 4, 2026, concerning Plaintiff's request for attorney's fees under the Equal Access to Justice Act. (*See* R&R, Dkt. No. 21.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties were electronically served with a copy of the R&R on August 4, 2026, and the time to object has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made."). After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 21) and, for the reasons set forth therein, Plaintiff's Motion for Attorney Fees under the EAJA (Dkt. No. 20) is **GRANTED AS UNOPPOSED**.

It is therefore **ORDERED** that **$8,800** be awarded in attorney's fees to Plaintiff under 28 U.S.C. § 2412(d). This amount is subject to offset for any outstanding debts registered with the United States Department of Treasury.

Once the Commissioner certifies the Court's order for payment, the United States Department of Treasury shall issue a check for EAJA fees in the amount of **$8,800**. The check shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment (Dkt. No. 20-2) between Plaintiff and his attorney.

**SIGNED** on October 26, 2026.

ORLANDO L. GARCIA
United States District Judge